UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

***GRAND JURY RETURN***

Date: June 11, 2026

UNITED STATES OF AMERICA

VERSUS

DRATERRIUS MCCOLLOUGH

CRIMINAL ACTION

NO. 26-69- BAJ-SDJ

PRESENT: Paul Pugliese
Counsel for U.S.A.

Indictment filed into the record.

* * * * *