# Criminal Cover Sheet — U.S. District Court

**Place of Offense:**

City: Baton Rouge

County/Parish: East Baton Rouge

*Investigating Agency: EBRSO/HSI

*Agent: Kreig Thomas/Issac Stanley

**Matter to be sealed:** ☐ Yes ☑ No

Related Case Information:

Superseding ☐ Docket Number ______

Same Defendant ☐ New Defendant ☐

Magistrate Case Number: ______

Search Warrant Case No.: ______

R 20/ R 40 from District of: ______

**Any Other Related Cases:** ______

**Defendant Information:**

Defendant Name: Draterrius McCollough

Alias: ______

Address: ______

DOB: ______ SS / Alien#: ______ Sex: ____ Race: ______ Nationality: ______

**U.S. Attorney Information:**

AUSA: Alan A. Stevens Bar #: ______

**Interpreter:** ☐ Yes ☑ No **List language and/or dialect:** ______

**Location Status:**

Arrest Date: ______

☐ Already in Federal Custody as of ______

☐ Already in State Custody

☐ On Pretrial Release

**U.S.C. Citations:**

Total # of Counts: 2

**Mandatory Minimum Charged?** ☐ Yes ☑ No

| Code | Description of Offense Charged | Count(s) | Petty/ Misdemeanor/ Felony |
|---|---|---|---|
| 18:659 | Theft from an Interstate Shipment | 1 | F |
| 18:659 | Possession of Goods Stolen from an Interstate Shipment | 2 | F |
| | | | |
| | | | |

(May be continued on second sheet)

**Date:** 6/11/2026 **Signature of AUSA:** [signature]